IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AYESHA JENKINS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO. 1:12-cv-02452-CAP |

## [~~PROPOSED~~] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq*. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement And For Order Of Dismissal With Prejudice ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the draft Settlement Agreement submitted under seal. The Court is of the opinion that there is a *bona*


EXHIBIT 13

*fide* dispute over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*  In light of this legitimate dispute, the Court is of the opinion that the Settlement Agreement reflect a fair and reasonable resolution of this *bona fide* dispute.  Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement and directs that the proposed Settlement Agreement be retained "under seal" to protect Defendant's confidentiality concerns.

3. The Court APPROVES the monetary distribution as to Plaintiff and Plaintiff's counsel as described in the Settlement Agreement and ORDERS Defendant to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear her or its own expenses and attorneys' fees as provided in the Settlement Agreement.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

DONE and ORDERED this __2nd__ day of ___January___, 201__3__.

/s/Charles A. Pannell, Jr.
Charles Pannell
UNITED STATES DISTRICT JUDGE